UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FISHER, | No. 2:13-cv-00642 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| R. CAPPEL, et al., | |
| Defendants. | |

On March 10, 2015, defendant filed a motion for summary judgment. ECF No. 26. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: April 15, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE